UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Lakehead Constructors, Inc.,            Civil No. 08-5861 (RHK/JSM)

           Plaintiff,                        **ORDER**

vs.

The Hendrik Group, Inc.,

           Defendant.

---

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. No. 16), **IT IS ORDERED** that this lawsuit shall be **DISMISSED WITH PREJUDICE** and without an award of costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: February 11, 2010

                                         s/Richard H. Kyle
                                         RICHARD H. KYLE
                                         United States District Judge